THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROZZY MARIE MCGEE,<br><br>　　　　　　Defendant. | CASE NO. CR20-0137-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for authorization to conduct Ms. McGee's plea hearing by videoconference. (Dkt. No. 264).

Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone conferencing if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." W.D. Wash. General Order 04-20 (March 30, 2020); *see also* W.D. Wash. General Orders 14-21 (Dec. 22, 2021) (extending duration of General Order 04-20).

Having thoroughly considered the motion and the relevant record, the Court FINDS that further delay in the absence of a video plea hearing would seriously harm the interests of justice. The following specific reasons support this finding: (1) Ms. McGee has been accepted into the Drug Reentry Alternative Model (DREAM) program, the terms of which require prompt resolution of her plea proceedings, (*see* Dkt. No. 264 at 2); (2) Ms. McGee consents to attend the

plea hearing via videoconference, (*id.*); and (3) the proposed remote plea hearing will reduce the risk of viral transmission and the misallocation of scarce justice system resources. *See* W.D. Wash. General Order 01-22 (Jan. 7, 2022) (imposing limitations for certain in-person activities based on the recent uptick in COVID-19 cases).

It is therefore ORDERED that parties' motion (Dkt. No. 264) is GRANTED. The parties will contact the courtroom deputy for the criminal duty Magistrate Judge to schedule the plea hearing. The Magistrate Judge is DIRECTED to make a record of Ms. McGee's consent to a remote proceeding.

DATED this 14th day of January 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE