Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00137-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| ROZZY MCGEE, | |
| Defendant. | |

THE COURT has considered Defendant Rozzy McGee's Motion to Seal Exhibit 3 to the Defense Sentencing Memorandum and finds there are compelling reasons to file the exhibit under seal.  Therefore, the Motion (Dkt. 520) is GRANTED.  Exhibit 3 to the Defense Sentencing Memorandum shall remain under seal.

DATED this 1st day of May, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*United States v. McGee,* 2:20-cr-00137-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100