Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00137-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR ORDER MODIFYING CONDITIONS OF RELEASE AUTHORIZING TRAVEL |
| ROZZY MCGEE, | |
| Defendant. | |

THE COURT has considered Rozzy McGee's unopposed motion for an order modifying conditions of release to authorize travel, along with the records in this case.

The motion (Dkt. 528) is GRANTED. Ms. McGee shall be allowed to travel to California between July 3, 2024 and July 8, 2024. She will be required to provide her itinerary and place of residence to the Probation Office while she is there and to comply with any directives from her probation officer. All other conditions of release remain in place.

DATED this 2nd day of July, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100